JOSEPH LABOWITZ, Appellant, v. HUGO NEU CORPORATION, Respondent.—

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Nolan, JJ., concur.